NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DATA NETWORK STORAGE CORPORATION,**
*Plaintiff-Appellant,*

v.

**DELL INC.,**
*Defendant,*

and

**NETWORK APPLIANCE, INC.,**
*Defendant-Appellee.*

---

2011-1141

---

Appeal from the United States District Court for the Northern District of Texas in No. 08-CV-0294, Judge David C. Godbey.

---

**JUDGMENT**

---

ROBIN L. PHILLIPS, Procopio, Cory, Hargreaves & Savitch LLP, of San Diego, California, argued for plaintiff-appellant. With him on the brief were ANTHONY J. DAIN and VICTOR M. FELIX.

EDWARD R. REINES, Weil, Gotshal & Manges LLP, of Redwood Shores, California, argued for defendant-appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| January 12, 2012 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |